# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle): <br> 199 Bowery Rest. Group, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> 55-0826523 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> 199 Bowery <br> New York, NY <br> ZIP Code: 10002 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code: |
| County of Residence or of the Principal Place of Business: <br> New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code: | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code: |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): 199 Bowery Rest. Group, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X_____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | 199 Bowery Rest. Group, LLC |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** /s/ Gabriel Del Virginia, Esq.
Signature of Attorney for Debtor(s)

Gabriel Del Virginia, Esq. (GDV-4951)
Printed Name of Attorney for Debtor(s)

LAW OFFICES OF GABRIEL DEL VIRGINIA
Firm Name

488 Madison Avenue,
19th Floor,
New York, NY 10022
Address

Email: gabriel.delvirginia@verizon.net
212-371-5478   Fax: 212-371-0460
Telephone Number

March 17, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Nancy Brady
Signature of Authorized Individual

Nancy Brady
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

March 17, 2010
Date

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Southern District of New York

In re: 199 Bowery Rest. Group, LLC  
Debtor(s)

Case No.  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Society of Comp. Authors & Pub | American Society of Comp. Authors & Pub | Trade | | 2,719.55 |
| Annheuser Busch<br>200 US Highway 1&9<br>Newark, NJ 07114 | Annheuser Busch<br>200 US Highway 1&9<br>Newark, NJ 07114 | Trade | | 12,837.90 |
| Arch Insurance Group<br>c/o Jeffrey Ward, Esq.<br>330 Seventh Avenue-15th Floor<br>New York, NY 10001 | Arch Insurance Group<br>c/o Jeffrey Ward, Esq.<br>330 Seventh Avenue-15th Floor<br>New York, NY 10001 | Unpaid insurance deductibles. | Contingent<br>Unliquidated<br>Disputed | 174,575.00 |
| Bowery at Spring Partners, LP<br>c/o Cornicello, Tendler, Esqs<br>2 Wall Street<br>New York, NY 10005 | Bowery at Spring Partners, LP<br>c/o Cornicello, Tendler, Esqs<br>2 Wall Street<br>New York, NY 10005 | Lease obligations | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 114,672.72 |
| Broadcast Music, Inc<br>320 West 57th Street<br>New York, NY 10019 | Broadcast Music, Inc<br>320 West 57th Street<br>New York, NY 10019 | Trade | | 8,832.90 |
| Citi Urban Management<br>6 Grace Av<br>Suite 400<br>Great Neck, NY 11021 | Citi Urban Management<br>6 Grace Av<br>Suite 400<br>Great Neck, NY 11021 | Trade | | 429,801.54 |
| Citysearch<br>8833 West Sunset Blvd<br>West Hollywood, CA 90069 | Citysearch<br>8833 West Sunset Blvd<br>West Hollywood, CA 90069 | Trade | | 10,325.25 |
| Con Edison<br>4 Irving Place<br>New York, NY 10016 | Con Edison<br>4 Irving Place<br>New York, NY 10016 | Utility | | 25,057.09 |
| Conca D'Oro-Food<br>510 Route 9<br>Lanoka Harbor, NJ 08734 | Conca D'Oro-Food<br>510 Route 9<br>Lanoka Harbor, NJ 08734 | Trade | | 6,117.45 |
| Edward Brady<br>199 Bowery 12a<br>New York, NY 10002 | Edward Brady<br>199 Bowery 12a<br>New York, NY 10002 | Loan | | 13,834.67 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  199 Bowery Rest. Group, LLC  
              Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| First Insurance Funding Corp | First Insurance Funding Corp | | | 37,997.99 |
| Gran Gusto Food, Inc. 22 De Hart Ave Staten Island, NY 10302 | Gran Gusto Food, Inc. 22 De Hart Ave Staten Island, NY 10302 | Trade | | 4,373.00 |
| Lawrence Longergan | Lawrence Longergan | Legal services | | 10,318.00 |
| Longbeach Lot 3 LLC c/o Jerry Feurstein, Esq. 360 Lexington Ave New York, NY 10022 | Longbeach Lot 3 LLC c/o Jerry Feurstein, Esq. 360 Lexington Ave New York, NY 10022 | | Contingent Unliquidated Disputed | 750,000.00 |
| Nancy Brady 199 Bowery 2F New York, NY 10002 | Nancy Brady 199 Bowery 2F New York, NY 10002 | Loan | | 48,200.00 |
| New York State Insurance Fund | New York State Insurance Fund | Utility | | 11,241.91 |
| Park Ave Bank 460 Park Avenue New York, NY 10022 | Park Ave Bank 460 Park Avenue New York, NY 10022 | | Unliquidated Disputed | 500,000.00 (0.00 secured) |
| Premium Assignment Corp. | Premium Assignment Corp. | Trade | | 11,203.01 |
| Rewards Network 300 South Park Road 3rd flr Hollywood, FL 33021 | Rewards Network 300 South Park Road 3rd flr Hollywood, FL 33021 | Loan | | 106,266.30 |
| Travelers | Travelers | Utility | | 5,128.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 17, 2010       Signature  /s/ Nancy Brady  
                                                         Nancy Brady  
                                                         Managing Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re  199 Bowery Rest. Group, LLC           ,    Case No. _____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Park Ave Bank<br>460 Park Avenue<br>New York, NY 10022 | | - | <br><br>Value $  0.00 | | X | X | <br><br>500,000.00 | <br><br>500,000.00 |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| _0_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 500,000.00 | 500,000.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 500,000.00 | 500,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                    Best Case Bankruptcy

AMERICAN SOCIETY OF
COMP. AUTHORS & PUB


ANNHEUSER BUSCH
200 US HIGHWAY 1&9
NEWARK, NJ 07114


ARCH INSURANCE GROUP
C/O JEFFREY WARD, ESQ.
330 SEVENTH AVENUE-15TH FLOOR
NEW YORK, NY 10001


BEVERAGE WORKS
1800 ROUTE 34
SUITE 402
BELMAR, NJ 07719


BOWERY AT SPRING PARTNERS, LP
C/O CORNICELLO, TENDLER, ESQS
2 WALL STREET
NEW YORK, NY 10005


BROADCAST MUSIC, INC
320 WEST 57TH STREET
NEW YORK, NY 10019


CARLYLE SOHO EAST TRUST


CITI URBAN MANAGEMENT
6 GRACE AV
SUITE 400
GREAT NECK, NY 11021


CITI URBAN MANAGEMENT


CITYSEARCH
8833 WEST SUNSET BLVD
WEST HOLLYWOOD, CA 90069


CON EDISON
4 IRVING PLACE
NEW YORK, NY 10016

CONCA D'ORO-FOOD
510 ROUTE 9
LANOKA HARBOR, NJ 08734


DAVID E. FRAZER, ESQ.
15 MAIDEN LANE-1700
NEW YORK, NY 10038-4003


EDWARD BRADY
199 BOWERY 12A
NEW YORK, NY 10002


FIRST INSURANCE FUNDING CORP


GRAN GUSTO FOOD, INC.
22 DE HART AVE
STATEN ISLAND, NY 10302


INTERNAL REVENUE SERVICE
290 BROADWAY-5TH FLOOR
NEW YORK, NY 10007


KENNETH DERIGGI
C/O ABRAHAM LERNER ARNOLD
292 MADISON AVENUE
NEW YORK, NY 10017


LAWRENCE LONGERGAN


LONGBEACH LOT 3 LLC
C/O JERRY FEURSTEIN, ESQ.
360 LEXINGTON AVE
NEW YORK, NY 10022


N.Y. STATE DEPARTMENT OF TAXAT
WA HARRIMAN STATE CAMPUS
ALBANY, NY 12205


NANCY BRADY
199 BOWERY 2F
NEW YORK, NY 10002

NEW YORK STATE INSURANCE FUND


NYC DEPARTMENT OF TAXATION
55 HANSON PLACE
BROOKLYN, NY 11217


PARK AVE BANK
460 PARK AVENUE
NEW YORK, NY 10022


PARK AVE BANK
460 PARK AVENUE
NEW YORK, NY 10022


PREMIUM ASSIGNMENT CORP.


REWARDS NETWORK
300 SOUTH PARK ROAD
3RD FLR
HOLLYWOOD, FL 33021


TRAVELERS


ZURICH DEDUCTIBLE RECOVERY
GROUP

**United States Bankruptcy Court**
**Southern District of New York**

In re   199 Bowery Rest. Group, LLC                                     Case No.
                                          Debtor(s)                     Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Nancy Brady, declare under penalty of perjury that I am the Managing Member of 199 Bowery Rest. Group, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said company at a special meeting duly called and held on the 16th day of March, 2002..

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nancy Brady, Managing Member of this company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company ; and

Be It Further Resolved, that Nancy Brady, Managing Member of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company , and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Nancy Brady, Managing Member of this company is authorized and directed to employ Gabriel Del Virginia, Esq. (GDV-4951), attorney and the law firm of LAW OFFICES OF GABRIEL DEL VIRGINIA to represent the company in such bankruptcy case."

Date  March 16, 2010                              Signed  /s/ Nancy Brady
                                                          Nancy Brady