Gabriel Del Virginia, Esq. (GDV-4951)
LAW OFFICES OF GABRIEL DEL VIRGINIA
*Proposed Attorneys for the Debtor
and Debtor in Possession.*
488 Madison Avenue-19th Floor,
New York, New York 10022.
Tel.: 212-371-5478
Fax.: 212-371-0460
gabriel.delvirginia@verizon.net

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

In re

199 BOWERY REST. GROUP LLC,

        Debtor.

Chapter 11

Case No. 10-B-11378 (ALG)

------------------------------------X

**APPLICATION FOR AN ORDER EXTENDING THE DEBTOR'S TIME
TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF
FINANCIAL AFFAIRS AND LISTS OF EXECUTORY CONTRACTS,
UNEXPIRED LEASES AND EQUITY SECURITY HOLDERS.**

**TO:  THE HONORABLE ALLAN L. GROPPER,
UNITED STATES BANKRUPTCY JUDGE**

The application of 199 Bowery Rest. Group LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), respectfully represents:

**BACKGROUND.**

1.   The Debtor filed its voluntary petition for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§101 *et seq.* (the "Bankruptcy Code") on March 17, 2010 (the "Petition Date"). The Debtor continues to manage its property as a debtor

executory contracts, unexpired leases, and equity security holders ("Lists") through and including April 30, 2010.

**BASIS FOR RELIEF REQUESTED**

6. Pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure, the initial time within which the Debtor must file its Schedules, Statements and Lists expires on March 31, 2010. The Debtor now respectfully requests an extension – to April 30, 2010 – to file the documents.

7. The Debtor had very scant time to assemble and prepare the information necessary to complete the Schedules, Statements and lists before the emergent filing of the Debtor's Chapter 11 case. Furthermore, the Debtor's managing member works with other non-debtor businesses in a managing/bookkeeping position and, thus, her time necessary to devote to the task of filing the schedules and related documents by March 31 is limited.

8. The Debtor and counsel will work to prepare the Schedules, Statements, and Lists to reflect accurately the financial circumstances of the Debtor as of the Filing Date. To reiterate, however, due to the aforementioned constraints of time and resources, the Debtor will require additional time to prepare the Schedules, Statements and Lists.

9. Accordingly, this Application is being submitted to

obtain an extension, through and including April 30, 2010, of the time in which the Debtor may file its Schedules, Statements and Lists, without prejudice to the Debtor's right to seek further extensions for cause.

## CONCLUSION.

10. Although no committee of unsecured creditors has been appointed or designated herein, this Application has been submitted to the Office of the United States Trustee. The Debtor respectfully submits and requests that this Court so find that no further notice is required.

11. No previous application for the relief requested herein has been made to this or any other Court.

12. The Debtor respectfully submits that no new or novel issue of law with respect to the matters contained herein is presented, and that no controversial issue of fact is raised and respectfully requests that the requirement of a memorandum of law, pursuant to The Local Bankruptcy Rules, be waived.

**WHEREFORE,** the Debtor respectfully requests entry of an order granting the extension of time to file its Schedules, Statements and Lists through and including April 30, 2010.

Dated:  New York, New York
        March 22, 2010.

        **199 BOWERY REST. GROUP LLC**
        *Debtor and Debtor in Possession*


        */s/ Nancy Brady*
        By: Nancy Brady,
        Title: Managing Member


**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Proposed attorneys for
   the Debtor and Debtor-in-Possession*


By: */s/ Gabriel Del Virginia*
    Gabriel Del Virginia (GD-4951)
    488 Madison Avenue-19th Floor,
    New York, New York 10022.
    Tel: 212-371-5478
    Fax: 212-371-0460
    *gabriel.delvirginia@verizon.net*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

In re

199 BOWERY REST. GROUP LLC,

        Debtor.

Chapter 11

Case No. 10-B-11378 (ALG)

------------------------------------X

### ORDER EXTENDING THE DEBTOR'S TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS AND LISTS OF EXECUTORY CONTRACTS, UNEXPIRED LEASES AND EQUITY SECURITY HOLDERS.

**UPON** the application (the "Application") of 199 Bowery Rest. Group, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), seeking entry of an order extending the time period in which the Debtor may file its schedule of assets and liabilities (the "Schedules"), statements of financial affairs ("Statements") and lists of executory contracts, unexpired leases and equity security holders (the "Lists"), as required by Rule 1007(c) of the Federal Rules of Bankruptcy Procedure; and notice having been provided to the Office of the United States Trustee; and it appearing that no further notice of the Application is required; and good and sufficient cause appearing therefor; and after due deliberation, it is hereby

**ORDERED**, that the time for the Debtor to file its Schedules, Statements and Lists is hereby extended through and including April 30, 2010, without prejudice to the Debtor's right to seek additional extensions.

Dated: New York, New York
      March      , 2010

                                        **UNITED STATES BANKRUPTCY JUDGE**

Gabriel Del Virginia, Esq. (GDV-4951)
LAW OFFICES OF GABRIEL DEL VIRGINIA
*Proposed Attorneys for the Debtor
 and Debtor in Possession.*
488 Madison Avenue-19th Floor,
New York, New York 10022.
Tel.: 212-371-5478
Fax.: 212-371-0460
gabriel.delvirginia@verizon.net

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

In re

199 BOWERY REST. GROUP LLC,

        Debtor.

Chapter 11

Case No. 10-B-11378 (ALG)

------------------------------------X

Certificate of Service.

I, Gabriel Del Virginia, hereby certify that I am not less than 18 years of age and not a party to the instant action. I further certify that:

1. On March 22, 2010 I caused service to be completed of true copies of "Debtor's Application for an Order Extending the Debtor's Time to File Schedules of Assets and Liabilities, Statements of Financial Affairs and Lists of Executory Contracts, Unexpired Leases and Equity Security Holders" via regular mail, upon that party set forth on the following Service List.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: New York, New York
March 22, 2010.

By: /s/ *Gabriel Del Virginia*
Gabriel Del Virginia.

## SERVICE LIST.

**UNITED STATES TRUSTEE'S OFFICE
SOUTHERN DISTRICT OF NEW YORK,
33 Whitehall Street-21st Floor,
New York, New York 10004.**